```
                  UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF LOUISIANA


MINDY SIMON, wife of/and                         CIVIL ACTION
TROY LEPINE

v.                                               NO. 14-940

STATE FARM                                       SECTION "F"
FIRE AND CASUALTY COMPANY
```

ORDER AND REASONS

Before the Court is the defendant's request for oral argument on its motion for summary judgment.  The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.

2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3. The motion or opposition papers argue for a change in existing law.

4. The motion or opposition papers implicate a constitutional issue.

5. The case itself is of widespread community interest.

Because the motion does not involve any of the above factors, IT IS ORDERED:  that the defendant's request for oral argument on

1

its motion for summary judgment is DENIED.

New Orleans, Louisiana, October 9, 2014

```
_____
       MARTIN L. C. FELDMAN
    UNITED STATES DISTRICT JUDGE
```